UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES

   -V-                                  SENTENCING SUBMISSION
                                         CORRECTION

                                         1:11-CR- 1072-DLC-28

JACQUELINE JIMENEZ

_____


      In submitting our sentencing memorandum it has come to my attention that thre was an unintended error on the first page of our submission. It noted ms Jimenez DID Plead guilty subject to a cooperation agreement and this is INCORRECT. We intended the submission to note she DID NOT plea guilty under any cooperation agreement.

      My apologies to the Court, Your Honor, and the Government for this error on the part of our office.

      I would like to make clear there was NO COOPERATION agreement on behalf o Ms. Jimenez.


                                                           _____/s_____
                                                           Carlos Gonzalez, Esq. (CG6055)
                                                           counsel for Defendant