Jacqueline Jimenez                          4                    64273 - A. Ryann Gotay
Docket Number: 0208 1:11CR01072 - 28 ( DLC )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2016



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### *JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☑   Permission To Travel To The Dominican Republic Approved

☐   Permission to Travel To The Dominican Republic Denied

**FUTURE TRAVEL:**

☐   At the discretion of the U.S. Probation Department

☑   Court requires notification

☐   Other: _____

_____
Honorable Denise Cote

_____
Date