Jacqueline Jimenez                          4                     64273 - A. Ryann Gotay
Docket Number: 0208 1:11CR01072



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2018
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☑  Court Orders supervision to terminate as scheduled on October 10, 2018

or

U.S. Probation Officer is directed to:

☐  Submit a Request for Modifying the Condition or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other:

_____
Honorable Denise Cote
Senior U.S. District Judge

_____9/7/18_____
Date